# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**PENNY LITTY**                                                                **CIVIL ACTION**

**VERSUS**

**NO. 23-785-JWD-SDJ**

**STATE FARM FIRE &
CASUALTY COMPANY**

# ORDER

The scheduling conference presently set for **December 4, 2023,** is **CANCELED.**

**The deadlines established below are based on the parties' submissions and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **April 4, 2024.**[1]

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **N/A.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **August 5, 2024.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

        **Plaintiff(s):**       May 6, 2024.

        **Defendant(s):**    June 4, 2024.

---

[1] Amendments sought after this deadline may be permitted in accordance with the good cause standard of Rule 16 of the Federal Rules of Civil Procedure.

       d.       Expert reports must be submitted to opposing parties as follows:

            **Plaintiff(s):**      **August 5, 2024.**

            **Defendant(s):**      **September 5, 2024.**

       e.       Discovery from experts must be completed by **October 4, 2024.**

3.       Deadline to file dispositive motions and Daubert motions: **December 4, 2024.**

4.       Deadline to file pre-trial order: **March 28, 2025.**[2]

Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.

5.       Deadline to file motions in limine: **April 21, 2025.**

6.       Deadline to file an affidavit of settlement efforts: **May 5, 2025.**

7.       Pre-trial conference date: **April 10, 2025, at 3:00 p.m.** in the chambers of the Honorable John W. deGravelles.

8.       Deadline to submit joint jury instructions, voir dire, and verdict forms to the presiding judge: **May 27, 2025.**

**The information regarding the Honorable John W. deGravelles' pretrial order may be found on the court's website at (**http://www.lamd.uscourts.gov**) under "Judges' Info."**

9.       A **4-day jury trial** is scheduled for **9:00 a.m. beginning on June 9, 2025, in Courtroom 1.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed, or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Pursuant to Local Civil Rule 16(c), whenever a civil case is settled or otherwise disposed of, counsel shall **immediately** file a **Joint Notice of Settlement**, signed by counsel for Plaintiff, into the record. Additionally, counsel shall **immediately** inform the Clerk's office, the Judge to whom the case is assigned, and shall comply with LR45(b) relative to all persons subpoenaed as witnesses. If a civil case is settled as to fewer than all of the parties or all of the claims, the Joint Notice shall also set forth the remaining parties and unsettled claims. The Joint Notice may also include a request for a conditional order of dismissal, allowing for reinstatement of the matter if the settlement is not consummated within the time stated in the order of dismissal.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3592 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on November 27, 2023.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**