## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PENNY LITTY** | * | **CIVIL ACTION NO.: 3:23-CV-00785** |
| | * | |
| **versus** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| **STATE FARM FIRE AND** | * | **MAGISTRATE JUDGE** |
| **CASUALTY COMPANY** | * | **SCOTT D. JOHNSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO CLARIFY SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Penny Litty who respectfully moves this Court to clarify the settlement reached between the parties, for the reasons more fully explained in the attached memorandum and exhibits.

Respectfully Submitted,

By Attorneys:

**JOUBERT LAW FIRM, A.P.L.C.**


/s/ Darren W. Wilson
**DARREN W. WILSON, LSBA NO. 40660**
JOHN T. JOUBERT, LSBA NO. 25121
2171 Quail Run Drive
Baton Rouge, LA 70808
Telephone: 225-761-3822
Facsimile: 225-761-3823
Email Address: darren@joubertlawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and the foregoing has been electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    Baton Rouge, Louisiana, this 17th day of March 2025.

                                            /s/ Darren W. Wilson
                                            DARREN W. WILSON