UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PENNY LITTY** | * | **CIVIL ACTION: 3:23-cv-00785** |
| | * | |
| **VERSUS** | * | **JUDGE: JOHN W. DEGRAVELLES** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs of court.

Baton Rouge, Louisiana, this 2nd day of July, 2025.

_____
**JUDGE JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**